UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

R4 TRANSPORTATION AND LOGISTICS LLC, et al.

PLAINTIFF(S)

v.

J.A.G. EXPRESS CORPORATION, et al.,

DEFENDANT(S).

CASE NUMBER
1:18−cv−21977−RNS

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Julian Gorosito**
**Barbara Stratos**
**J.A.G. Express Corporation**
**American Growin Business Corp.**

as of course, on the date July 16, 2018.

**STEVEN M. LARIMORE**
CLERK OF COURT

By  /s/ *Autumn Sandoval*
Deputy Clerk

cc:  Judge Robert N. Scola, Jr
     R4 Transportation and Logistics LLC

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)