United States District Court
for the
Southern District of Florida

| | |
|---|---|
| R4 Transportation and Logistics, LLC and E2 Logistics LLC, Plaintiffs, <br><br> v. <br><br> J.A.G. Express Corporation, and others, Defendants. | ) ) ) ) ) ) ) ) ) |

Civil Action No. 18-21977-Civ-Scola

**Order Administratively Closing Case Pending Foreign Service**

This matter is before the Court on the Plaintiffs' Response to Court's Notice of Upcoming Deadline to Serve (ECF No. 15). In their notice, the Plaintiffs explain that the Florida-based Defendants have been served,[1] and that service of the remaining Defendants, who are located in Argentina, is proceeding via the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. The Court has reviewed the notice and the record, and this case will be stayed and administratively closed during the pendency of service of the Defendants in Argentina. The Court directs the Plaintiffs to inform the Court in writing after service is effectuated so that the stay may be lifted and the case may be reopened. The Court directs the Clerk to **administratively close** this case. Any pending motions are denied as moot.

**Done and ordered** at Miami, Florida, on July 16, 2018.

_____
Robert N. Scola, Jr.
United States District Judge

---

[1] Indeed, the Clerk has entered defaults against the Florida Defendants. (*See* ECF No. 16.)